IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FREDDIE PROFIT,

   Plaintiff,

    v.

AMERICOLD LOGISTICS, LLC.,

   Defendant.

CIVIL ACTION FILE
NO. 1:07-CV-1920-TWT

ORDER

    This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 2] for failure to effectuate service. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 2] is GRANTED. This action is DISMISSED with prejudice.

    SO ORDERED, this 24 day of April, 2008.

                                /s/Thomas W. Thrash
                                THOMAS W. THRASH, JR.
                                United States District Judge